THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL   t_stew_3@yahoo.com
Attorneys for Rick Futia



12/3/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  CV 13-3283 EJD |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF SOME DEFENDANTS |
| v. | |
| CARL KOVALIK, Trustee,<br>C. KOVALIK FAMILY TRUST,<br>KOVALIK FAMILY TRUST,<br>K & L SANTA CLARA VALLEY-2, LLC, JOHN A. LOBAN and MARYANNE LOBAN Revocable Trust and MAPLE LEAF INVESTMENTS, INC., | |
| Defendants.<br>_____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses (1) Carl Kovalik, Trustee, (2) C. Kovalik Family Trust, (3) Kovalik Family Trust and (4) John A. Loban and Maryanne Loban Revocable Trust from the above-captioned action without prejudice.

Date:  December 2, 2013

S/THOMAS N. STEWART, III
Attorney for Plaintiff

CV 13-3283 EJD                                       1